

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| AMBROS RUBIO, | § | No. 08-14-00310-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D02439) |
|  | § |  |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**November 3, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before November 3, 2015.

IT IS SO ORDERED this 30th day of September, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.